Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTR ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>Plaintiff,<br><br>vs.<br><br>YOLANDA MALAVAR-JAIMEZ, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS' ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an individual; and DONNA TAPIA, an individual,<br><br>Defendants. | CASE NO: 2:17-cv-02537-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING DONNA VILLANUEVA F/K/A DONNA TAPIA**<br><br>ECF No. 13 |

1

Pursuant to Fed. R. Civ. P. 41(a), JPMorgan Chase Bank, N.A. ("**Chase**"), by and through its counsel of record, and Donna Villanueva f/k/a Donna Tapia ("**Tapia**"), in proper person, hereby stipulate and agree as follows:

1. On September 29, 2017, Chase filed its Complaint in this action naming Tapia as a defendant.

2. Chase hereby agrees to voluntarily dismiss Tapia.

3. Although Tapia is no longer a party to this action, Chase and Tapia agree that Tapia shall be bound by, and cooperate in the enforcement of, any final judgment entered in this case, including, without limitation, any judgment entered quieting title or granting declaratory relief as between Chase and the remaining defendants, regarding their respective interests in that certain real property commonly known as 10421 Pacific Sageview Lane, Las Vegas, Nevada 89134, APN 137-24-813-126 (the "**Property**").

4. Tapia disclaims any interest in and to the Property.

5. Tapia further agrees to respond to any third party discovery (if any) that Chase may propound on Tapia, in accordance with any orders entered in this case and the Federal Rules of Civil Procedure.

…
…
…
…
…
…
…
…
…

6. Tapia and Chase shall each bear their own attorneys' fees and costs, if any, incurred in this matter.

| SMITH LARSEN & WIXOM | DONNA VILLANUEVA F/K/A DONNA TAPIA |
|---|---|
| Dated this 11th day of ~~November~~ ~~December~~ January, ~~2018~~. | Dated this 8 day of ~~November~~ DECEMBER, ~~2017~~ OV. |
| *[signature]* Kent F. Larsen, Esq. Nevada Bar No. 3463 Chet A. Glover, Esq. Nevada Bar No. 10054 Preston S. Mathews, Esq. Nevada Bar No. 13720 1935 Village Center Circle Las Vegas, Nevada 89134 Attorneys for Plaintiff JPMorgan Chase Bank, N.A. | *[signature]* Donna Villanueva 207 Elkwood Ave., Unit 6 Imperial Beach, CA 91932 Defendant in proper person |

**ORDER**

Based on the parties' stipulation [ECF No. 13], which I construe as a joint motion under LR 7-1(c) because it is between fewer than all parties to this action, and with good cause appearing, IT IS HEREBY ORDERED that **all claims against Donna Villanueva fka Donna Tapia are DISMISSED without prejudice**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
January 12, 2018

3