Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTR ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>Plaintiff,<br><br>vs.<br><br>YOLANDA MALAVAR-JAIMEZ, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS' ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an individual; and DONNA TAPIA, an individual,<br><br>Defendants. | CASE NO: 2:17-cv-02537-JAD-VCF<br><br>**JOINT MOTION TO DISMISS PACIFIC VINTAGE OWNERS' ASSOCIATION WITH PREJUDICE**<br><br>ECF No. 21 |

Pursuant to Fed. R. Civ. P. 41(a) and LR 7-1(c), Wilmington Trust Company, as Successor to U.S. Bank National Association as Trustee for Mastr Alternative Loan Trust 2004-8 Mortgage Pass-Through Certificates, Series 2004-8 ("**Wilmington**") and Pacific Vintage

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

Owners' Association (the "**Association**"), by and through their respective counsel of record, stipulate and agree, and jointly move, as follows:

1. Wilmington's claims against the Association in the above-captions matter are dismissed with prejudice.

2. Although the Association is no longer a party to this action, the Association shall be bound by, and cooperate in the enforcement of, any final judgment entered in this case, including, without limitation, any judgment entered quieting title or granting declaratory relief as between Wilmington and the remaining defendants regarding their respective interests in that certain real property commonly known as 10421 Pacific Sageview Lane, Las Vegas, Nevada 89134, APN 137-24-813-126.

3. The Association's Joinder to SFR Investment Pool 1, LLC's Motion to Dismiss (ECF No. 20) is withdrawn with prejudice.

4. The Association and Wilmington shall each bear their own respective attorney fees and costs, if any, incurred in this matter.

| SMITH LARSEN & WIXOM | BOYACK ORME & ANTHONY |
|---|---|
| Dated this 7th day of February, 2018. | Dated this 7th day of February, 2018. |
| /s/ Chet | /s/ Colli C. McKiver |
| Kent F. Larsen, Esq. | Edward D. Boyack, Esq. |
| Nevada Bar No. 3463 | Nevada Bar No. 5229 |
| Chet A. Glover, Esq. | Colli C. McKiver, Esq. |
| Nevada Bar No. 10054 | Nevada Bar No. 13724 |
| 1935 Village Center Circle | 7432 W. Sahara Avenue, Suite 101 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89117 |
| Attorneys for Wilmington | Attorneys for the Association |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the joint motion to dismiss **[ECF No. 21] is GRANTED**; the claims against the Pacific Vintage Owners' Association are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
February 12, 2018

2