Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
      cag@slwlaw.com
      psm@slwlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTR ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>                Plaintiff,<br><br>vs.<br><br>YOLANDA MALAVAR-JAIMEZ, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS' ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an individual; and DONNA TAPIA, an individual,<br><br>                Defendants. | CASE NO: 2:17-cv-02537-JAD-VCF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**(First Request)**<br><br>ECF No. 23 |

     Plaintiff Wilmington Trust Company, as Successor to U.S. Bank National Association

as Trustee for Mastr Alternative Loan Trust 2004-8 Mortgage Pass-Through Certificates, Series

2004-8 ("**Wilmington**") and Defendant SFR Investments Pool 1, LLC ("**SFR**"), by and through their respective counsel of record, stipulate and agree that Wilmington shall have up to, and including, March 15, 2018 to file a response to SFR's "Motion to Dismiss Plaintiff's Complaint [ECF No. 1] Pursuant to FRCP 12(b)(6)." [ECF No. 19].

The current deadline for Wilmington to file its Response is February 20, 2018. The reason for the extension of time is that Wilmington's counsel is traveling out of the jurisdiction over the President's Day weekend and will be unable to finalize the brief and have it reviewed by his client prior to the due date. Furthermore, Wilmington's counsel has requested the extension because he has multiple briefs due in state and federal courts over the next few weeks, and SFR's counsel graciously agreed to provide the above-referenced extension to accommodate. The extension is sought in good faith and not for the purpose of undue delay or to prejudice any party.

SMITH LARSEN & WIXOM                KIM GILBERT EBRON

Dated this 15th day of February, 2018.    Dated this 15th day of February, 2018.


/s/ *Chet A. Glover*                    /s/ *Diana S. Ebron*
Kent F. Larsen, Esq.                    Diana S. Ebron, Esq.
Nevada Bar No. 3463                     Nevada Bar No. 10580
Chet A. Glover, Esq.                    Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10054                    Nevada Bar No. 10593
Preston S. Mathews, Esq.                Karen L. Hanks, Esq.
Nevada Bar No. 13720                    Nevada Bar No. 9578
1935 Village Center Circle              7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134                 Las Vegas, Nevada 89139
Attorneys for Wilmington                Attorneys for SFR

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: 2-16-18 _____

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006