Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTR ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>Plaintiff,<br><br>vs.<br><br>YOLANDA MALAVAR-JAIMEZ, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS' ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an individual; and DONNA TAPIA, an individual,<br><br>Defendants. | CASE NO: 2:17-cv-02537-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(First Request)** |

Plaintiff Wilmington Trust Company, as Successor to U.S. Bank National Association as Trustee for Mastr Alternative Loan Trust 2004-8 Mortgage Pass-Through Certificates, Series

1

2004-8 ("**Wilmington**") and Defendant SFR Investments Pool 1, LLC ("**SFR**"), by and through their respective counsel of record, stipulate and agree to stay discovery and submission of the proposed discovery plan and scheduling order ("**DPSO**") until the Court rules on SFR's "Motion to Dismiss Plaintiff's Complaint [ECF No. 1] Pursuant to FRCP 12(b)(6)" (the "**Motion**") [ECF No. 19].

The current deadline for the parties to submit the DPSO is February 26, 2018. However, due to the pending Motion, which is based on a legal challenge to the Complaint (ECF No. 1), and should not require a factual determination by the Court, the Parties agree that it is most economical for the Parties and the Court to stay discovery and submission of the DPSO until after the Court rules on the Motion. The requested stay is sought in good faith and not for the purpose of undue delay or to prejudice any party.

| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
|---|---|
| Dated this 21st day of February, 2018. | Dated this 21st day of February, 2018. |
| /s/ *Chet A. Glover* | /s/ *Diana S. Ebron* |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>Preston S. Mathews, Esq.<br>Nevada Bar No. 13720<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Wilmington | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorneys for SFR |

## **ORDER**

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, August 22, 2018, in Courtroom 3D.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2-22-2018