Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTR ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>            Plaintiff,<br><br>vs.<br><br>YOLANDA MALAVAR-JAIMEZ, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS' ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an individual; and DONNA TAPIA, an individual,<br><br>            Defendants. | CASE NO: 2:17-cv-02537-JAD-VCF<br><br><br><br><br><br>**STIPULATION AND ORDER TO STAY ENTIRE CASE**<br><br>**(First Request)** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff Wilmington Trust Company, as Successor to U.S. Bank National Association as Trustee for Mastr Alternative Loan Trust 2004-8 Mortgage Pass-Through Certificates, Series 2004-8 ("**Wilmington**") and Defendant

1

SFR Investments Pool 1, LLC ("**SFR**") (SFR and Wilmington are collectively referred to herein as the "**Parties**"), by and through their respective counsel of record, stipulate and agree as follows:

1. The Parties have reached a settlement in principle of this matter. The Parties anticipate that it will take between 90-120 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

2. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with litigation, the Parties agree, and hereby request, a stay of the entire case to give the Parties sufficient time and resources to finalize settlement.[1]

3. The Parties make this stipulation in good faith and not for purposes of delay.

| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
|---|---|
| Dated this 7th day of March, 2018. | Dated this 7th day of March, 2018. |
| /s/ *Chet A. Glover* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Chet A. Glover, Esq. <br> Nevada Bar No. 10054 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Wilmington | /s/ *Diana S. Ebron* <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> Attorneys for SFR |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: March 14, 2018

---

[1] Based on the stipulated stay, the deadline for Wilmington to respond to SFR's "Motion to Dismiss Plaintiff's Complaint [ECF No. 1] Pursuant to FRCP 12(b)(6)" [ECF No. 19] is also stayed.