Edward D. Boyack
Nevada Bar No. 005229
Colli C. McKiever
Nevada Bar No. 013724
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
colli@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant,*
*Pacific Vintage Owners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTER ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>Plaintiff,<br><br>vs.<br><br>YOLANDA MALAVAR-JAIMEZ, an Individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an Individual; and DONNA TAPIA, an Individual,<br><br>Defendants. | CASE NO.   2:17-cv-02537<br><br>**MOTION TO REMOVE FROM SERVICE LIST PURSUANT TO ORDER GRANTING JOINT MOTION TO DISMISS PACIFIC VINTAGE OWNERS' ASSOCIATION WITH PREJUDICE [ECF NO. 22]** |

COMES NOW, Defendant, Pacific Vintage Owners Association (hereinafter "HOA"), by and through its attorneys of record, Boyack Orme & Anthony, and pursuant to Court's Order Granting Joint Motion to Dismiss Pacific Vintage Owners' Association with Prejudice [ECF No.

///

///

22] filed on November 28, 2017, requests the removal of assigned attorneys and staff personnel from the Court's Service List in this matter as Defendant Pacific Vintage Owners Association has been dismissed from this case.

DATED this 14th day of March, 2018.

BOYACK ORME & ANTHONY

By:   /s/ EDWARD D. BOYACK
EDWARD D. BOYACK
Nevada Bar No. 005229
COLLI C. McKIEVER
Nevada Bar No. 013724
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
*Attorney for Defendant,*
*Pacific Vintage Owners Association*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-14-2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of March, 2018, service of the foregoing **MOTION TO REMOVE FROM SERVICE LIST PURSUANT TO ORDER GRANTING JOINT MOTION TO DISMISS PACIFIC VINTAGE OWNERS' ASSOCIATION WITH PREJUDICE [ECF NO. 22]**, was made this date via electronic means through the Court's CM-ECF PACER E-Filing/E-Service System to all parties registered thereto.

  /s/ Sherri Tyrrell
An Employee of Boyack Orme & Anthony