1   DIANA S. EBRON, ESQ.
    Nevada Bar No. 10580
2   E-Mail: diana@kgelegal.com
    JACQUELINE A. GILBERT, ESQ.
3   Nevada Bar No. 10593
    E-Mail: jackie@kgelegal.com
4   KAREN L. HANKS, ESQ.
    Nevada Bar No. 9578
5   E-Mail: karen@kgelegal.com
    KIM GILBERT EBRON
6   7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada  89139-5974
7   Telephone: (702) 485-3300
    Facsimile: (702) 485-3301
8   *Attorney for Defendant,*
    *SFR Investments Pool 1, LLC*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12  WILMINGTON TRUST COMPANY, as Successor to U.S. BANK NATIONAL | Case No.:  2:17-cv-02537-JAD-VCF |
| 13  ASSOCIATION as Trustee for MASTR ALTERNATIVE LOAN TRUST 2004-8 | **STIPULATION AND ORDER** |
| 14  MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8, | **FOR DISMISSAL** |
| 15 | |
| 16                  Plaintiff, | ECF No. 35 |
| 17  vs. | |
| 18  YOLANDA MALAVAR-JAIMEZ, an individual; SFR INVESTMENTS POOL 1, | |
| 19  LLC, a Nevada limited liability company; PACIFIC VINTAGE OWNERS' | |
| 20  ASSOCIATION, a Nevada non-profit corporation; GEORGE TAPIA, an individual; | |
| 21  and DONNA TAPIA, an individual, | |
| 22                  Defendants. | |

23   Pursuant to Federal Rules of Civil Procedure 41, Defendant/Counterclaimant/Cross-Claimant,

24   SFR INVESTMENTS POOL 1, LLC ("SFR") and Plaintiff, WILMINGTON TRUST

25   COMPANY, as Successor to U.S. BANK NATIONAL ASSOCIATION as Trustee for MASTR

26   ALTERNATIVE LOAN TRUST 2004-8 MORTGAGE PASS-THROUGH CERTIFICATES,

27   SERIES 2004-8's ("Wilmington Trust") by and through their respective undersigned counsel of

28

- 1 -

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

record, hereby stipulate to dismiss of this action with prejudice, with each party to bear its own costs and attorney's fees.

Dated this _24th_ day of August, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron_____*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this _24th_ day of August, 2018.

**SMITH LARSEN & WIXOM**

*/s/Chet A. Glover_____*
KENT F. LARSEN, ESQ.
Nevada Bar No. 3463
CHET A. GLOVER, ESQ.
Nevada Bar No. 10054
1935 Village Center Circle
Las Vegas, NV 89134
Phone: (702) 252-5002
Fax:    (702) 252-5006
*Attorneys for Plaintiff*

### ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
August 27, 2018

Respectfully submitted by:

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron___*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301